## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois, Eastern Division

Gregory Minniefield

      Plaintiff,

v.

Medical Director Dr. Obasi, Warden
Terry Williams, Wexford Health
Sources, Inc., Wexford Supervisor
Kevin Halloran and Grievance Officer
Jill Parish

      Defendants

Case No. 1:15-cv-07939
Honorable Edmond E. Chang

_____

## AMENDED STATEMENT OF CLAIM

1) Plaintiff Gregory Middlefield is currently a inmate that is housed at the Stateville Correctional Center. Plaintiff Gregory Middlefield suffers from a serious medical condition [eye-disease] called Kerato conus. His condition requires him to wear contact lenses that has to be reasonably sanitized and changed every six months.

2) The above named Plaintiff has been exposed to an extended period of unreasonable pain and suffering and a delay in recieving the proper medical treatment that his serious medical [eye disease] requires.

3) Plaintiff has been and is currently experiencing eye irritation, redness of the eyes, lost of vision, headaches and lost of sleep.

4) Plaintiff has constantly complained to several different medical staff at his place of incarceration and they have all failed to provide him with adequate medical treatment leaving him exposed to prolonged pain and suffering.

5) Plaintiff has exhausted all available remedies to him both on a institutional and administrative level, but his complaints, grievances, letters, and pleads for proper medical treatment have all been stonewalled.

6) On September 30, 2014, Plaintiff's prescription for his

his contacts solution expired, causing him to be unable to disinfect his contact lenses, which caused him to experience the above mentioned symptoms, when he notified medical staff named so this complaint, they failed to secure new prescription. Medical Director Obasi is fully aware of the fact that Plaintiff's serious medical condition requires him to have his contact lenses changed every six months. He knows this because of his prior examinations with plaintiff and Plaintiff's complaints for new contact lenses that has been denied for over one year.

7) <u>Personal Involvement</u>

Plaintiff sent several request slips and letters threw the institutional mail directly to the medical director Obasi from around April 30, 14 up untill today, regarding his serious condition and medical needs and he never responded.

8) Plaintiff sent letters and emergency grievances threw the institutional mail directly to warden Tarry Williams and his emergency grievance regarding his serious medical condition and exposure to pain and suffering was denied, and no action was taking leaving Plaintiff in deteriorating condition.

9) Plaintiff sent several letters for a extended period of time [over one year] to Wexford supervisor Kevin Holloran, expressing his serious medical condition and his exposure to prolonged pain and suffering and Kevin Holloran failed

to respond or acknowledge Plaintiff letter's, leaving him exposed to a deteriorating condition as time continued without Plaintiff getting proper treatment. [Plaintiff sent over 10 letters]

10.     Wexford Health Sources, Inc. ("Wexford") is, and at all times relevant to this lawsuit was, engaged in the business of providing health care professionals and services to all correctional facilities in Illinois pursuant to contract. In this role, Wexford is obligated to properly implement all IDOC written policies and directives to ensure adequate medical treatment is provided at all times.

11.     Plaintiff submitted several grievance's that were denied  by his counselor, so he appealed his grievance to the grievance officer, Jill Parish, who answered some of his grievance, denying him the treatment for his medical condition.  Plaintiff also appealed his grievance to Springfield to the Administrative review board and none of them was answered due to I.D.O.C.'s inadequate grievance procedure, and as of a direct result of that fact's stated to this complaint.  Plaintiff is in a state of ongoing prolonged pain and suffering and a deteriorating condition.  Plaintiff has made every effort to exhaust his administrative remedies available to him.  See attached exhibits.

_Thomas F. Burke_

Attorney for Gregory Minniefield

Thomas F. Burke, P.C.
53 W. Jackson Blvd, Suite 1441
Chicago, IL 60604
312/362-1300

STATE OF ILLINOIS )
) SS
COUNTY OF Will )

## AFFIDAVIT

I, Gregory Hinojosfield being first duly sworn under oath depose and state
that the foregoing is true and correct and made upon my personal knowledge and I
am competent to testify thereto.

On September 30, 2014, My Prescription for my contact
Solution expired and have not been renewed. Since this
have occured, i have not been able to disinfect my contact
lenses and i've suffered pain in my eye's that causes me to
have headache and redness in my eye's. I suffer from an
eye disease called (herato Conus) that requires me to
wear contact lenses. I've put in numerous request slips to
see the eye doctor and Medical Director. I've also complained
to numerous nurse's and medtechs about my eye's and
contact solution. I went to Asthma clinic on october 22,
2014, where i saw into the eye clinic nurse Ms. Davis, who
i spoke with about the pain, redness in my eye's and that
my prescription for my contact solution needed to be re-
newed, because i was running out of solution. I've also
written letters directly to warden Terry Williams, Health
care administrator, Medical director, Eye doctor and Gri-
evance officer Jill Parrish. They all know that i've been
in need of a new pair of contact lenses and to have my
contact solution prescription renewed. I've written six
grievance and two were Emergency grievance, which were

PAGE 2

not responded to by Chief administrative officer Tarry Wi-
lliams. All of the grievances i wrote were forwarded directly
to the wexford Health care unit by counselor Mrs. Ada Johnson
and as of date, I have not received my request. I have a
Major eye disease called (Kerato conus) that requires me to
wear contacts so my vision would not be blurred. If you look
in my medical file it will show that i must change my contact
lenses Every 6 to 8 months and after every use, they must be dis-
infected properly. Since i haven't been able to change and disinfect
my contacts, i've suffered pain, redness and loss of vision in both
of my eye's. I need a change of contact lenses, see an eye doctor
at once due to the overwhelming pain and strain in my eyes
due to my eye disease called (Kerato conus). I have suffered
for 6 months, please change out my contact lenses and please re-
fill my prescription at once. I have placed a copy of this
letter into the mail box of Dr. Obasi, Royce Brown-Reed,
Dr. Doud, Kevin Hollowan of wexford Health, Chief Administr-
ative officer Tarry williams and Ms. Jill Parrish on
03-04-15

_Gregory Minifield_
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _____ DAY _____, 20____

_____
NOTARY PUBLIC

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 07-31-11 | Offender: (Please Print) Gregory Minniefield | ID#: R46792 |
|---|---|---|

| Present Facility: Stateville C.C. | Facility where grievance Issue occurred: Stateville |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report: ___/___/___
  - Date of Report

- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator

- ☐ Restoration of Good Time
- ☑ Medical Treatment

- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify): _____

GRIEVANCE OFFICE
AUG 3 2011
STA # 2977

Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I'm writing this grievance because i've been trying to get to the H.C.U. for a while now to see the eye doctor. The last request i put in was 5-5-11 and 6-15-11 and i still havent been called over to see anyone. If you check my medical file you'll see i have (Keraro Conus) which is a serious Eye condition but no one in the Health Care Unit seems to care about my problem, I've been writing because my glasses are broke and have been for some time and my eye's have gotten worser.

**Relief Requested:** Can you please get me over there A.S.A.P or just look in my medical file and give me a new pair of glasses before i lose my sight completly.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Gregory Minniefield | R46792 | 07, 31, 11 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

| | **Counselor's Response** (if applicable) |
|---|---|
| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
| Response: | |

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

| | **EMERGENCY REVIEW** | EYE Clinic Sch Appt |
|---|---|---|
| Date Received: 8, 9, 11 | Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☑ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. | |
| | Marcus Hardy Chief Administrative Officer's Signature | 8, 9, 11 Date |

Distribution: Master File; Offender

Page 1

Printed on Recycled Paper

DOC 0046 (Rev. 3/2005)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

because of my lack of wearing my glasses. My vision is really blurr and I have problems reading my legal work and mail. If you read the offender handbook it states, An offender has the right to Health care and Dental treatment on page 25. It says "There are 11 clinics doctor may refer an offender to a Chronic Medical condition & (F) is Optometry and (G) is ophthalmology". I need to get to one of them. As I've said, I've been trying to get over there for as long as I've been here and I see this as my last resort.

E 199

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| | | |
|---|---|---|
| Date: 07-31-12 | Offender: (Please Print) Gregory Middicfield | ID#: R46792 |
| Present Facility: Stateville C.C. | Facility where grievance issue occurred: Stateville C.C. | |

**NATURE OF GRIEVANCE:**

☐ Personal Property     ☐ Mail Handling     ☐ Restoration of Good Time     ☐ Disability
☐ Staff Conduct     ☐ Dietary     ☒ Medical Treatment     ☐ HIPAA
☐ Transfer Denial by Facility     ☐ Transfer Denial by Transfer Coordinator     ☐ Other (specify):

☐ Disciplinary Report: _____
           Date of Report                            Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I'm writing this Grievance because I was suppose to go to Outside Eye Clinic to get My Eyes Examined for this Eye diseased called (Kerato Conus). My eyes have gotten worser and I think I'm slowly losing My Eye Vision. I really need to get this checked out A.S.A.P.

Relief Requested: Send Me to get My Eye's check by the Outside Eye doctor A.S.A.P. I don't want to lose My eyesight.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Gregory Middicfield_      R46792      07.31.12
      Offender's Signature                ID#              Date
                              (Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 8 , 6 , 12     ☐ Send directly to Grievance Officer     ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: A copy of this grievance will be forwarded to the Health Care Unit for review & reply. Do not send out copies; you will receive a formal reply from the grievance office once they've heard back from the Health Care Unit.

_Sanders_           _Sanders_      8 , 7 , 12
Print Counselor's Name               Counselor's Signature        Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___     Is this determined to be of an emergency nature?
                                       ☐ Yes; expedite emergency grievance
                                       ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____           ___/___/___
Chief Administrative Officer's Signature            Date

Distribution: Master File; Offender                                           DOC 0046 (Rev. 3/2005)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

TO, MS SANDErs EL

E-HOUSE COUNSter

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 08-07-12 | Offender: (Please Print) Gregory Minniefield | ID#: R46792 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___  _____
  Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I'm writing this grievance because I've been trying to get to the outside Hospital for a while now to see the Eye doctor. I was last seen by the eye doctor here April 30, 2012, where he puts in a Emergency request for me to go see an outside doctor for my eye problem called (Keratoconus) which is a serious eye Condition, but it seems like the Healthcare staff doesn't care about my eye problem. I've been writing because my eye's have gotten worser and my eyesight have become real blurr.

Relief Requested: Please Get me the medical treatment I need for my eyes.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| _Gregory Minniefield_ | R46792 | 08, 07, 12 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 8, 20, 12 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: A copy of this grievance will be forwards to the Health Care Unit for Review, ect. Do not send out copy. You will Receive a formal Reply from the grievance once they've heard back from the Health Care Unit

| _Sandra_ | _Scott_ | 8, 21, 12 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| _____ | ___/___/___ |
|---|---|
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender                    Page 1                    DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE (Continued)

If you read the offender handbook it states, An Offender has the right to "Health Care and Dental treatment"; on page 25 it says there are 11 clinics a doctor may refer an offender to for a chronic medical condition & (F) is "optometry" and (G) is "Ophthalmology". I need to get to one of them A.S.A.P. As Doc said, Doc been trying to get out there for close to 4 months now and I see this as my last Resort. The 8th Amendment protects against conditions that pose an unreasonable risk to future harm, as well as those that are currently causing harm (Helling - V - Mckinney 509 US at 33 (1993).

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

( E )10

| Date: 12-02-12 | Offender: (Please Print) Gregory Minniefield | ID#: R46792 |
|---|---|---|
| Present Facility: Stateville C.C. | Facility where grievance issue occurred: Stateville C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [✗] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [✗] Medical Treatment GRIEVANCE
- [ ] HIPAA
- [ ] Disability
- [ ] Other (specify:)

- [ ] Disciplinary Report: ____/____/____
  Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I'm writing this grievance because i've been trying to get back to the H.C.U. to see the eye doctor because i have a serious Eye condition called (Keratoconus) and if you check my medical file you will see i have lost my eyesight some. I was last seen by the eye doctor here April 30, 2012, September 14, 2012 and October 11, 2012. I also went to outside Hospital on October 5, 2012. Where the Doctor said i needed contacts A.S.A.P. and they would order them, I was approved for my contacts and was told it would take

**Relief Requested:** I really need to see the eye doctor to find out why my eyes have gotten worser and How long will it be before I get my eyes check again.

- [✗] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Gregory Minniefield _____ R46792 _____ 12-02-12
Offender's Signature _____ ID# _____ Date

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** | |
|---|---|
| Date Received: ____/____/____ | [ ] Send directly to Grievance Officer  [✗] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
| Response: | Inmate issues |
| | DEC 2 0 2012 |
| Print Counselor's Name | Counselor's Signature ____/____/____ Date of Response |

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: 12/10/12 | Is this determined to be of an emergency nature?  [ ] Yes; expedite emergency grievance  [✗] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
| | Marcus Hardy _____ 12/10/12  Chief Administrative Officer's Signature _____ Date |

Distribution: Master File; Offender

Page 1

Printed on Recycled Paper

DOC 0046 (Rev. 3/2005)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

two to three weeks to get them. The longer I go
with out treating my eye problem the worser my eye
sight have became. If you read the offender handbook
it states, an offender has the right to Health care
and Dental treatment, on Page 25 it says there are
11 clinics, a doctor may refer an offender with a
chronic medical condition & (F) is optometry and (G)
is ophthalmology. I need to see some one ASAP.
The 8th Amendment protects against conditions that
pose an unreasonable risk to future harm, as well
as those that are currently causing harm (Helling -V-
McKinney 509 US at 33 (1993).

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
### Return of Grievance or Correspondence

~E110~
~C-1041~

**Offender:** _Minniefield_ _Gregory_ _R46792_
Last Name · First Name · MI · ID#

**Facility:** _Sta_

☑ **Grievance:** Facility Grievance # (if applicable) _____ Dated: _12/2/12_ or ☐ **Correspondence:** Dated: _____

**Received:** _12 29 12_ Regarding: _Req to see Eye Dr = Medical_
Date

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

#1 ☑ Provide a copy of your written Committed Person's Grievance, DOC 0046, including the counselor's response, if applicable.

#2 ☑ Provide a copy of the Committed Person's Grievance Report, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL 62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL 62706

---

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____ / _____ / _____ .
Date

☐ No justification provided for additional consideration.

---

**Other** (specify): ☒ Since you and this issue are at the same institution you must first grieve the issue with the institution. You can then appeal that decision with the ARB. To appeal to the ARB you must provide #1 and #2 above within timeframes.

_No CRC resp_

**Completed by:** _Gina Allen_ _Gina Allen_ _1/18/13_
Print Name · Signature · Date

Distribution: Offender
Inmate Issues

Printed on Recycled Paper

DOC 0070 (Rev. 8/2010)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## OFFENDER'S GRIEVANCE

| Date: 11-19-14 | Offender: (Please Print) Gregory Minniefield | ID#: 246792 |
|---|---|---|

| Present Facility: Stateville C.C. | Facility where grievance issue occurred: Stateville C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ ADA Disability Accommodation |
|---|---|---|---|
| ☒ Staff Conduct | ☐ Dietary | ☒ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | ☐ Other (specify): |

☐ Disciplinary Report: _____/_____/_____
   Date of Report                Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I'm writing this Grievance because i've put in numerous request slips to see the eye doctor for treatment & to get my contact solution Prescription renewed because i've been having a hard time getting the contact solution because my Prescription have not been renewed. I've had to call for Medtech Ms. Shurvell to bring me some contact solution in order to disinfect my contact lenses. If i can't disinfect my contact lenses, then i can't wear my contacts which i need in order to see because i have

**Relief Requested:** I need to see the eye doctor A.S.A.P. And get my Prescription renewed so i can disinfect my contact lenses.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Gregory Minniefield _____ 246792 _____ 11,19,14
Offender's Signature                              ID#                      Date

(Continue on reverse side if necessary)

---

| | Counselor's Response (if applicable) | |
|---|---|---|

Date Received: 12, 23, 14      ☐ Send directly to Grievance Officer      ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: The original grievance and a copy have been forwarded to the Grievance office there is no need to send a copy to HCU or Grievance office. You will received a final response from the Grievance office when the HCU responds to same

A Johnsn _____ A Johnsn _____ 12, 24, 14
Print Counselor's Name              Counselor's Signature        Date of Response

---

| | EMERGENCY REVIEW | |
|---|---|---|

Date Received: 11,25,14

Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Terry Williams _____ 11,25,14
Chief Administrative Officer's Signature                      Date

---

Distribution: Master File, Offender               Page 1               DOC 0046 (8/2012)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE** (Continued)



a eye condition called (Keratoconus) which is a ser-
ious eye disease that cause the eye's to become very
blurs. If you read the offender handbook it states,
An offender has the right to "Health care and Dental
treatment", on page 25 it says there are 11 clinic's a
doctor may refer an offender to for a chronic medi-
cal condition and (F) is "Optometry" and (G) is "ophtha-
lmology". I need to see someone A.S.A.P. and i see
filing this Grievance as my last Resort. The 8th Ame-
ndment Protects against conditions that pose an
un reasonable risk to future harm, as well as those
that are currently causing harm (Helling-V- McKinney
509 US at 33 (1993)

Case: 1:15-cv-07939 Document #: 14 Filed: 08/17/16 Page 18 of 27 PageID #:101
Case: 1:15-cv-07939 Docu ILLINOIS DEPARTMENT OF CORRECTIONS Page 22 of 32 PageID #:22
OFFENDER'S GRIEVANCE

| Date: 11-28-14 | Offender: (Please Print) Gregory Minniefield | | ID#: R46792 |
|---|---|---|---|
| Present Facility: Stateville C.C. | Facility where grievance issue occurred: Grievance Stateville C.C. | | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [x] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Other (specify):
- [ ] ADA Disability Accommodation
- [ ] HIPAA

- [ ] Disciplinary Report: _____
  Date of Report                    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I'm writing this Grievance because i've been denied Medical attention for my eyes. I've put in numerous request slips to see the eye doctor. I've gave Medtechs and the eye clinic nurse Mr. David slips to be put in so i can be called over to see the eye doctor. The reason i need to see the eye doctor A.S.A.P. is because i suffer from a eye disease called (Heratoconus) that requires me to wear contacts. If gone untreated my vision becomes very blurred and makes it hard for me to see. lately

Relief Requested: I really need to see the eye doctor and get my contact solution renewed A.S.A.P. so i can disinfect my contacts.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Gregory Minniefield | R46792 | 11, 28, 14 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 12, 23, 14 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: The Original grievance and a copy have been forwarded to the Grievance Office. There is no need to send a copy to HC or Grievance office. You will received a final response from the Grievance office when the I.G.O responds to same.

| S. Ohnsa | G. Ohnm | 12, 24, 14 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| _____ | ___/___/___ |
|---|---|
| Chief Administrative Officer's Signature | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE (Continued)

I've suffered redness of the eye's and pain in my eye's because i haven't been able to disinfect my contacts because the eye doctor or Nurse David have not answered my request slips to have my solution renewed. After numerous request slips and telling eye clinic Nurse David in person when i went to asthma clinic on 10-22-14 that i needed my solution, I still haven't received anything. Because i haven't been able to disinfect my contacts lenses, i've had to go without wearing my contacts and the disease in my eye's have gotten worset, making it hard to see, read my mail and most importantly do my legal work. It's been almost 3 months since my solution was renewed. I've been complaining to C/O Dyer and he called medtech Ms Shawell and she sent a bottle over and that was over a month ago and that's ran out. If you read the offender handbook it states an offender has the right to "Health care and Dental treatment" on page 25 it says there are 11 clinics a doctor may refer an offender to for a chronic medical condition and (5) is "optometry" and (6) is ophthalmology. I really need to see the eye doctor and get my contact solution renewed and i see this as my last resort. The 8th Amendment protects against conditions that pose an unreasonable risk to future harm, as well as those that are currently causing harm (Helling-V-McKinney 509 US at 33 (1993)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 01-07-15 | Offender: (Please Print) Gregory Maddicfield | ID#: R46792 |
|---|---|---|

| Present Facility: Stateville C.C. | Facility where grievance issue occurred: Stateville C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☐ Staff Conduct ☐ Dietary ☒ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify):

☐ Disciplinary Report: _____ / _____
              Date of Report                          Facility where issued

JAN 2 8 2015

485

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
     **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
     **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
     **Chief Administrative Officer,** only if EMERGENCY grievance.
     **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
     administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
     Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved): I'm writing this Grievance because I've been denied
medical medication for my eyes. This is my third Griev-
ance that I've put in and i have yet to get an answer
from anyone. I've put in numerous request slips to see
the eye doctor, talked to almost every Medtech that walks
pass my cell and I've personally talked to the eye clinic
Nurse Mr. Davis about seeing the eye doctor, so they could
renew my contacts solution and order me a change
of contacts, I suffer from an eye disease called

**Relief Requested:** I would like to have my eyes checked, my
solution renewed and a change of contacts like the
outside doctor ordered for me to have.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Gregory Maddicfield_      R46792      01, 07, 15
Offender's Signature            ID#                Date
(Continue on reverse side if necessary)

| **Counselor's Response** (if applicable) | | |
|---|---|---|

Date Received: 1, 20, 15    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to
                                                  Administrative Review Board, P.O. Box 19277,
                                                    Springfield, IL 62794-9277

Response: A copy of this grievance has been forwarded
to the HCU for review and response and the orginal
grievance has been forwarded to the grievance office. There is
no need to send your copy to the grievance officer or the HCU
You will receive a final response when HCU responds to same
_A Johnsn_      _a Johnsn_      1, 21, 15
Print Counselor's Name                          Counselor's Signature              Date of Response

| **EMERGENCY REVIEW** | |
|---|---|

Date Received: _____ / _____    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
                                                               ☐ No; an emergency is not substantiated.
                                                               Offender should submit this grievance
                                                               in the normal manner.

Chief Administrative Officer's Signature                                              Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)



(Kerato conus) that requires me to wear contacts so my vision wouldn't be blurred. On Jan 7, 2015 i went to Asthma clinic and while there, i complained to the Asthma clinic nurse about the redness & pain in both my eyes. She went to look for nurse David but he was on lunch break. She said she would let him know that i was in need of my contacts changed, my solution refilled and also i need to see the eye doctor. My eye condition has gotten worse over these past months, and i'm afraid that if i don't see someone soon, i will lose my eyesight.

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 01-27-15 | Offender: (Please Print) Gregory Mooddlefield | ID#: R46792 |
|---|---|---|

| Present Facility: Stateville C.C. | Facility where grievance issue occurred: Stateville C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of Good Time   ☐ ADA Disability Accommodation
☐ Staff Conduct   ☐ Dietary   ☒ Medical Treatment   ☐ HIPAA
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator   ☐ Other (specify): _____

☐ Disciplinary Report: ____/____/____   Date of Report   Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer,** only if EMERGENCY grievance.
   **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I'm writing this Grievance because i've suffered redness and extreme pain in my eyes because i haven't been able to properly disinfect my contacts because theres no eye doctor to renew my contact solution. I've complained to several medtechs and nurses and they said there wasn't anything they could do. I wrote the medical director numerous request slips, so he could see me or send me out to see a eye doctor. I have a major eye disease called kerato conus that requires me to wear contacts. My

**Relief Requested:** I need to see someone about this real fast because i dont want to lose my eye sight. Please help me get the help i need. I dont want to lose my eyes.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Gregory mooddlefield_   R46792   01,27,15
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

---

| | **Counselor's Response** (if applicable) | |
|---|---|---|

Date Received: 1,28,15   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: A copy of this grievance has been forwarded to the HCU for review and response and the orginal grievance has been for warded to the grievance office. There is no need to send your copy to the grievance office or to the HCU. You will receive a final response when it corresponds to same

_A J Collins_   _A Collins_   6,29,15
Print Counselor's Name   Counselor's Signature   Date of Response

---

| | **EMERGENCY REVIEW** | |
|---|---|---|

Date Received: ____/____/____   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____   ____/____/____
Chief Administrative Officer's Signature   Date

Distribution: Master File; Offender                Page 1                DOC 0046 (8/2012)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE (Continued)



Contacts are suppose to get switched out every six to eight months and the ones I have wold, have not been switched out in 11 months. Everytime I go to Asthma Clinic I ask to see the eye clinic Nurse David, and tell him about my eyes, he tells me there's nothing he can do untill we get a new eye doctor. I haven't been wearing my contacts because I don't have the solution to disinfect them. My eye sight have gotten worser and its becoming impossible for me to see anything.

C-10U1

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received: 1/28/15**

Date Reviewed: 2/3/15                    | Grievance#M884, M855, H85

**Committed Person: Minniefield**      ID#R46792                    H95

**Nature of Grievance: Medical Treatment**

**Facts Reviewed:** THE GRIEVANT COMPLAINS OF BEING DENIED PROPER MEDICAL TREATMENT

**Per T Utke LPN after a REVIEW OF THE MEDICAL RECORD**

After reviewing offenders medical record and talking to the Pharmacy department he will receive his contact solution tonight.

All proper policies and procedures have been followed at this time. If offender has any more issues please have him follow the proper sick call procedures.

*This Grievance Officer has no medical expertise or authority to contradict the doctor's/DON's/RN's recommendation / diagnosis.*

**Recommendation:**          **No action as grievant appears to be receiving appropriate medical care at this time.**

JILL PARRISH CC2 _____                    _____
              Print Grievance Officer's Name                              Grievance Officer's Signature
          **(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 2/10/15          ☒ I concur          ☐ I do not concur          ☐ Remand
**Comments:**

_____                    2/11/15
Chief Administrative Officer's Signature                              Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____                    R46792          03-04-15
          Committed Person's Signature                              ID#          Date

Distribution:    Master File; Committed Person                    Page 1                    DOC 0047 (Eff. 10/2001)
                                                            (Replaces DC 5657)
                                        Printed on Recycled Paper

Distribution:    Master File; Committed Person

Printed on Recycled Paper

DOC 0047 (Eff. 10/2001)
(Replaces DC 5657)

Case: 1:15-cv-07939 Document #: Filed: Page 30 of 32 PageID #:

**OFFENDER'S GRIEVANCE**

| Date: 07-05-15 | Offender: (Please Print) Gregory Middlefield | ID#: R46792 |
|---|---|---|

| Present Facility: Stateville C.C. | Facility where grievance issue occurred: Stateville C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [x] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____
  Date of Report        Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
  administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
  Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

I'm writing this grievance because i seen the Eye
doctor in March 2015 and he order that i get a new
pair of contacts lenses and my contact solution repair
Since this date, i have yet to receive my new con-
tact lenses or the contact solution i need. It's been
3 months already and my contacts that i have now
are old and causes pain and redness in my eyes when
i wear them, without my contacts in my eyes i can't
see anything. I've wrote to the Eye clinic nurse

Relief Requested: I really need to see an eye doctor A.S.A.P.
So i can get my eyes checked out.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Gregory Middlefield          R46792          07/05/15
Offender's Signature                ID#              Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 7/7/15 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: A copy of your grievance has been sent
to Hell for review & response. The original
were sent to the Grievance Office. You'll get a
response when Hell responds to same.

Print Counselor's Name          Counselor's Signature          7/7/15
                                                               Date of Response

---

**EMERGENCY REVIEW**

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

Chief Administrative Officer's Signature          ____/____/____
                                                  Date

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE (Continued)**

And have stopped medtechs. I have yet to be seen by anyone. Can you please help me get the medical attention i need?

Distribution: Master File; Offender

Printed on Recycled Paper

DOC 0046 (8/2012)